Dismissed and Memorandum Opinion filed August 2, 2007








Dismissed
and Memorandum Opinion filed August 2, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00573-CR

____________

 

JAVIER OVIDIO PENA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

 Harris County, Texas

Trial Court Cause No. 995955

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to indecency with a child.  In accordance with the terms
of a plea bargain agreement with the State, the trial court deferred a finding
of guilt and placed appellant on community supervision for five years.  After
finding the allegations in the State=s motion to adjudicate true, the
trial court adjudicated appellant=s guilt and sentenced him on May 25,
2007, to confinement for five years in the Institutional Division of the Texas
Department of Criminal Justice and assessed a fine of $500.  Appellant filed a
pro se notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that the defendant waived the right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R.
App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
2, 2007.

Panel consists of Justices Anderson, Fowler, and
Frost.

Do Not Publish C Tex. R. App. P. 47.2(b).